UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLAIS CAPITAL MANAGEMENT, LLC** | * * * | **CIVIL ACTION** |
| | * | **NO. 17-12039** |
| **VERSUS** | * * | **SECTION "A" (5)** |
| **BRIAN WILHITE, EMMALEIGH WILHITE, MICHAEL WORLEY, BRIAN MAY, JOHN DURHAM, BRETT FAVRE, DIMITRIOS BACHADAKIS, JON GREGG, MIKE HAMMER, PONTCHARTRAIN CAPITAL, LLC, AND ANDREW GARCIA** | * * * * * * * * | **JUDGE ZAINEY** **MAGISTRATE NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Joint Motion for Entry of Order of Conditional Partial Dismissal* filed by Plaintiff, Callais Capital Management, LLC, and Defendants, Pontchartrain Capital, LLC, Mike Hammer, and Andrew Garcia;

**IT IS ORDERED** that the motion be and it is hereby **GRANTED**, and Plaintiff, Callais Capital Management, LLC's, claims against Defendants, Pontchartrain Capital, LLC, Mike Hammer, and Andrew Garcia, are hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days to file a motion for summary judgment enforcing the settlement agreed upon by these parties.

New Orleans, Louisiana this 23rd day of October, 2018.

JAY C. ZAINEY
UNITED STATES DISTRICT COURT