# Exhibit 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALLAIS CAPITAL MANAGEMENT, LLC | * * | CIVIL ACTION NO. 17-12039 |
| VERSUS | * * | SECTION "N" (5) |
| BRIAN WILHITE, EMMALEIGH WILHITE, MICHAEL WORLEY, BRIAN MAY, JOHN DURHAM, BRETT FAVRE, DIMITRIOS BACHADAKIS, JON GREGG, MIKE HAMMER, PONTCHARTRAIN CAPITAL, LLC, AND ANDREW GARCIA | * * * * * * * * | CHIEF JUDGE ENGLEHARDT MAGISTRATE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF HAROLD J. CALLAIS, II

1. My name is Harold J. Callais. I am over the age of 18 years. I am competent to give sworn testimony. The testimony herein is based upon my personal knowledge.

2. I am the Managing Director and Chief Investment Officer of Callais Capital Management, LLC ("CCM").

3. The emails attached as Exhibit "A" to this document are true and accurate copies of emails I exchanged with various of the defendants regarding Sqor, Inc. ("Sqor").

4. I first met Defendant Dimitrios Bachadakis ("Bachadakis") in or around October 13, 2015, a video conference call from Thibodaux, Louisiana as reflected in the emails attached in Exhibit A. Bachadakis, his representative Ralf Bausse ("Bausse"), and his business partner Yao Wen attended the call. It was explained to me that Bausse was an employee of Bachadakis's company CIP Holding AG. We discussed Sqor business during the call. The call was held before the closing of the Second Investment as that term is defined in the Original Complaint filed in this case (Rec. Doc. 1, ¶18).

5. During our first meeting, Bachadakis introduced himself as a director and/or officer of Sqor. Bachadakis attempted to persuade me to influence CCM to invest in Sqor. He told me he had one or more businesses in Europe and he could influence many European-based football or soccer teams. Bachadakis told me he would facilitate partnerships between Sqor and multiple professional European football or soccer teams, including but not limited to FC Bayern Munich, FC Barcelona, Paris St. Germain, and Real Madrid, among others (collectively, "EU Teams"). Bachadakis said the partnerships would increase the number of Sqor users and, consequently, increase Sqor's value and the value of CCM's investments therein.

6. I met Bachadakis in person in or around May 20-24, 2016, in New Orleans. Bachadakis was in town for Sqor business. We discussed Sqor business at Defendant Mike Hammer's office where Sqor held a board of directors meeting during that trip. Bausse attended the meeting as well. Bachadakis attended as a board director and/or officer of Sqor. Bachadakis assured me he would facilitate partnerships between Sqor and the EU Teams, which would increase the number of Sqor users and, consequently, increase Sqor's value and the value of CCM's investments therein. I understood Bachadakis's purpose was to convince CCM to consummate what became CCM's Fourth Investment on June 15, 2016 (Rec. Doc. 1, ¶18).

7. In or around May 9-12, 2017, I attended a meeting at the law office of Cara Stone, LLP, in New Orleans regarding Sqor business. Several Sqor representatives attended, including Bausse who attended the meeting on behalf of Bachadakis as his representative with authority to speak and act on his behalf. Again, Bachadakis's purpose was to discuss Sqor business and attempt to obtain additional investments from CCM. Bachadakis, through Bausse, again told me he would facilitate partnerships between Sqor and EU Teams, which would increase the number of Sqor users and, consequently, increase Sqor's value and the value of CCM's investments therein. Bachadakis,

2

through Bausse, also admitted that Sqor had misrepresented the number of users it had and the partnerships the Sqor representatives told me they would cultivate and/or consummate.

8. I attended a follow-up telephone conference from Thibodaux, Louisiana, with Bachadakis shortly after the May 2017 meeting referred to above. Bachadakis's purpose was to discuss Sqor business and attempt to obtain additional investments from CCM. He again told me he would facilitate partnerships between Sqor and EU Teams, which would increase the number of Sqor users and, consequently, increase Sqor's value and the value of CCM's investments therein.

_____
Harold J. Callais, II

SWORN TO AND SUBSCRIBED Before Me, Notary Public, on this 15th day of May, 2018 at Thibodaux, LA.

_____
Notary Public Jeanne M. Naquin
Notary Public
ID# 40422

My Commission is for life.

3

# Exhibit A

Case 2:17-cv-12039-WBV-MBN Document 106-1 Filed 12/04/18 Page 5 of 9

# Harold Callais

| | |
|---|---|
| **From:** | Harold Callais |
| **Sent:** | Tuesday, October 13, 2015 11:04 AM |
| **To:** | Brian Wilhite |
| **Subject:** | RE: Skype |

Could we do it later on Wednesday?

**Harold J Callais II, "Hal"**
*Managing Director / CIO*
P:   +1 985.492.2323
C:   +1 985.258.7005
E:   Harold.callais@callaiscapital.com

**Callais Capital Management, LLC**
M:  PO Box 584
     Thibodaux, LA 70302
O:  410 St. Phillip Street, Suite C
     Thibodaux, LA 70301
W:  www.callaiscapital.com



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the  intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

There is no guarantee that active asset management or any investment strategy will be successful.  Investing involves risk, including the potential loss of principal.  No investment strategy can guarantee a profit or protect against loss in periods of declining values.  Past performance is no guarantee of future results.

**From:** Brian Wilhite [mailto:brian@sqor.com]
**Sent:** Tuesday, October 13, 2015 7:24 AM
**To:** Harold Callais <Harold.Callais@CallaisCapital.com>
**Subject:** Skype

Hi Hal

Can we carve out 15-20 mins Wednesday or Thursday morning at 8:30 am ct for a Skype with our team from Europe?

Thank you,

Brian

--
Brian Wilhite
Founder / CEO
Sqor.com
Sqor @Brian

There Is No Offseason

# Harold Callais

| | |
|---|---|
| **From:** | Harold Callais |
| **Sent:** | Tuesday, May 10, 2016 8:27 AM |
| **To:** | Brian Wilhite; hammer |
| **Subject:** | Re: Sqor - board meeting in New Orleans |

I can still swing it on Saturday or Sunday.

Harold J Callais II, "Hal"
Managing Director / CIO
P: +1 985.492.2323
C: +1 985.258.7005
E: Harold.callais@callaiscapital.com

Callais Capital Management, LLC
M: PO Box 584
Thibodaux, LA 70302
O: 401 Focus Street
Thibodaux, LA 70301
W: www.callaiscapital.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

There is no guarantee that active asset management or any investment strategy will be successful. Investing involves risk, including the potential loss of principal. No investment strategy can guarantee a profit or protect against loss in periods of declining values. Past performance is no guarantee of future results.


On Mon, May 9, 2016 at 2:46 PM -0700, "Brian Wilhite" <brian@sqor.com> wrote:

Hal and Mike,

Ok, so it seems that the folks from Germany have re-scheduled their flights to arrive Friday pm...They will be tired and a bit jet lagged on Saturday, but we all want to do something together.  I  Will the two of you synch up and let me know what works for y'all for a get together with everyone?  There is a pretty strong interest in that Crawfish boil idea

Thank you,

Brian

**#KeepSqoring**

**Brian Wilhite** • Founder / CEO
Sqor,Inc • Brian@sqor.com • <u>415.717.0424</u>
475 sansome street • san francisco, ca • 94111



2