# Exhibit 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALLAIS CAPITAL MANAGEMENT, LLC | * * | CIVIL ACTION NO. 17-12039 |
| VERSUS | * * | SECTION "N" (5) |
| BRIAN WILHITE, EMMALEIGH WILHITE, MICHAEL WORLEY, BRIAN MAY, JOHN DURHAM, BRETT FAVRE, DIMITRIOS BACHADAKIS, JON GREGG, MIKE HAMMER, PONTCHARTRAIN CAPITAL, LLC, AND ANDREW GARCIA | * * * * * * * * * | CHIEF JUDGE ENGLEHARDT MAGISTRATE NORTH |

*****************************************************************************

### AFFIDAVIT OF MARK J. GRAFFAGNINI

1. My name is Mark J. Graffagnini. I am over the age of 18 years. I am competent to give sworn testimony. The testimony herein is based upon my personal knowledge.

2. I am a lawyer and partner with the law firm of Cara Stone, LLP.

3. I represented Callais Capital Management, LLC ("CCM") as its attorney in the transactions which form the basis of this lawsuit.

4. I first met Ralf Bausse ("Bausse"), the proxy or designated agent of Defendant Dimitrios Bachadakis ("Bachadakis") on or around May 8, 2017, at a meeting at the law office of Cara Stone, LLP, in New Orleans. The meeting related solely to Sqor business. I attended the meeting in my capacity as attorney for CCM. Several Sqor representatives attended the meeting, including Bausse who attended the meeting on behalf of Bachadakis as his representative with authority to speak and act on his behalf. Bachadakis's purpose, through Bausse, was to discuss Sqor business and attempt to obtain additional investments from CCM. Bachadakis, through Bausse, said he would facilitate partnerships between Sqor and multiple professional European football or soccer

teams (collectively, "EU Teams"), which would increase the number of Sqor users and, consequently, increase Sqor's value and the value of CCM's investments therein. Bachadakis, through Bausse, also admitted that Sqor had misrepresented the number of users it had and the partnerships the Sqor representatives told me they would cultivate and/or consummate.

5. On or around May 9, 2017, Bachadakis called my office at 504-265-9955 to discuss financing options for Sqor. On that telephone call, he indicated that his agent, Bausse, was still in the New Orleans area. He inquired whether it would be possible for the parties to meet with CCM to discuss CCM's putting further funds into Sqor so that his company could take over operations of Sqor.

_____
Mark J. Graffagnini

SWORN TO AND SUBSCRIBED Before Me, Notary Public, on this 15th day of May, 2018 at 3:00 p.m.

_____
Notary Public

ADAM VICKERS
NOTARY PUBLIC
STATE OF LOUISIANA
ORLEANS PARISH
NOTARY ID # 145031
MY COMMISSION IS FOR LIFE

2