UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALLAIS CAPITAL MANAGEMENT, LLC | * * | CIVIL ACTION NO. 17-12039 |
| | * | SECTION "A" (5) |
| VERSUS | * * | JUDGE ZAINEY |
| BRIAN WILHITE, EMMALEIGH WILHITE, MICHAEL WORLEY, BRIAN MAY, JOHN DURHAM, BRETT FAVRE, DIMITRIOS BACHADAKIS, JON GREGG, MIKE HAMMER, PONTCHARTRAIN CAPITAL, LLC, AND ANDREW GARCIA | * * * * * * * * | MAGISTRATE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Upon consideration of the foregoing Second Consent Motion to Extend the Jurisdictional Discovery Deadline and the consent of all Defendants participating in jurisdictional discovery, upon the terms set forth herein,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the deadline for completion of jurisdictional discovery is June 24, 20019.

New Orleans, Louisiana this 26th day of April, 2019.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2