MINUTE ENTRY
VITTER, J.
March 26, 2020
JS10, 0:55

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALLAIS CAPITAL MANAGEMENT, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-12039-WBV-MBN** |
| **BRIAN WILHITE, ET AL.** | **SECTION D(5)** |

## MINUTE ENTRY AND ORDER

The Court held a telephone status conference on March 26, 2020.

**PRESENT:**

| | |
|---|---|
| Adam Vickers | Karen Dicke Timothy |
| **Counsel for Plaintiff** | Nally |
| | **Counsel for Defendants** |

The Court and counsel discussed the status of the case, including the pending motion by Plaintiff for a Partial Life of PSLRA Discovery Stay. The defendants made an oral motion to vacate the scheduling order and request for new trial date.

**IT IS HEREBY ORDERED** that the motion to vacate the scheduling order and request for new trial date is GRANTED, for good cause shown;

**IT IS FURTHER ORDERED** that trial currently set for December 7, 2020, is RESET for Monday, March 15, 2021, at 9:00 a.m. The pre-trial conference currently set for November 20, 2020, is RESET for February 24, 2021, at 2:00 p.m. An amended scheduling order with related dates will follow. For the reasons set forth verbally

during the conference, and the great latitude given counsel to conduct and complete jurisdictional discovery thus far, the Court intends these dates to be firm dates.

**IT IS FURTHER ORDERED** that the submission date for any Motion to Dismiss shall be July 28, 2020. The Court will not consider any Motion to Dismiss that is untimely filed.

**IT IS FURTHER ORDERED** that the plaintiff may issue subpoenas for preservation of evidence to third-party account platforms or servers including, but not limited to, Google Drive, Vault, Slack, PayPal, and Shopify. The Court specifically is not authorizing disclosure of any such evidence by third-party providers, only preservation.

**IT IS FURTHER ORDERED** that the plaintiff may question Defendant Wilhite during his jurisdictional discovery deposition scheduled for April 9, 2020 (or any subsequent deposition if the April 9 deposition must be rescheduled for any reason) regarding the identity and/or whereabouts of any third-party providers, servers, or services that Sqor used to communicate with others regarding Sqor's Key Performance Metrics.

**IT IS FURTHER ORDERED** that the plaintiff may issue subpoenas for preservation of evidence to third-party account platforms, servers, or providers as identified, following Mr. Wilhite's deposition. The Court specifically is not authorizing the disclosure of any such evidence by third parties, only preservation.

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Partial Lift of PSLRA Discovery Stay (R. Doc. 116) is DENIED AS MOOT.

The Court reminds the defendants of their obligation to preserve discoverable evidence and to advise their clients of their obligation to preserve all such evidence. Counsel have previously been reminded of this during hearings before the Magistrate Judge. Counsel are also reminded of their obligation to meet and confer regarding any further disputes regarding the scope of jurisdictional discovery or any other matter. If counsel are unable to resolve such matters, the matters should be brought to the Court's attention for expeditious resolution in order to maintain the dates set in this Order.

New Orleans, Louisiana, March 27, 2020.

**WENDY B. VITTER**
**United States District Judge**