UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLAIS CAPITAL MANAGEMENT, LLC** | * | **CIVIL ACTION NO. 17-12039** |
| | * | |
| **VERSUS** | * | **SECT. D     MAG. 5** |
| | * | |
| **BRIAN WILHITE, ET AL.** | * | **VITTER/NORTH** |
| | * | |

*************************************************************************

## REQUEST FOR ORAL ARGUMENT
## FOR RENEWED MOTION TO DISMISS FILED BY SQOR D&O DEFNEDANTS

Defendants Brian Wilhite, Emaleigh Wilhite, Brian May, John Durham, Brett Favre and Jon Gregg, through undersigned counsel, pursuant to Local Rule 78.1 for the Eastern District of Louisiana, hereby request oral argument on the simultaneously filed Renewed Rule 12(B)(6) Motion to Dismiss before the Honorable Wendy B. Vitter, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on July 28, 2020, at 9:00 a.m., on the grounds that it will assist in explaining the motion and the issues and ensuring the correctness of the ultimate judgment.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Greg L. Johnson
Greg L. Johnson (*admitted pro hac vice*)
Timothy J. Nally (*admitted pro hac vice*)
2020 West El Camino Ave, Suite 700
Sacramento, California 95833
Tel:  (916) 564-5400
Fax:  (916) 564-5444

AND

Karen M. Dicke (#24781)
Dustin L. Cooper (#37642)
400 Poydras Street, Suite 1300
New Orleans, Louisiana  70130
Tel:  (504) 322-4100

4821-2186-5666.1

Fax: (504) 754-7569
Email: Karen.Dicke@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing pleading has been delivered to all counsel of record on October 12, 2018, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

       /s/ Karen M. Dicke

4821-2186-5666.1