UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLAIS CAPITAL MANAGEMENT, LLC** | * | **CIVIL ACTION NO. 17-12039** |
| | * | |
| **VERSUS** | * | **SECT. D    MAG. 5** |
| | * | |
| **BRIAN WILHITE, ET AL.** | * | **VITTER/NORTH** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR LEAVE TO FILE
MEMORANDUM NINE PAGES IN EXCESS OF 25 PAGES**

NOW INTO COURT comes Defendants Brian Wilhite, Emmaleigh Wilhite, Brian May, John Durham, Brett Favre, and Jon Gregg ("Sqor D&O Defendants"), through undersigned counsel, and respectfully moves for leave to file a Memorandum in Support of their Renewed Rule 12(b)(6) Motion to Dismiss in excess of the page limit set forth in the Local Rules. In support of this motion, the Sqor D&O Defendants show:

1.

Pursuant to LR 7.7, the Sqor D&O Defendants are seeking leave of the Court to file a Memorandum in Support of their Rule 12(b)(6) Motion to Dismiss that is in excess of the 25 page limit.

2.

The Memorandum in Support of their Rule 12(b)(6) Motion to Dismiss addresses the numerous allegations contained in Plaintiff Callais Capital Management, LLC's ("CCM") Complaint, which consists of 99 separate paragraphs and is 34 pages long. (Doc. 74).

3.

The Sqor D&O Defendants submit this motion in good faith and aver that a brief of nine pages in excess of the page limit is necessary to thoroughly and appropriately address the many

allegations raised by CCM, especially involving federal securities law. In particular, CCM has alleged numerous false or misleading statements by the Sqor D&O Defendants, and under applicable case law, each alleged statement must be analyzed separately to determine whether CCM has met its pleading obligations under Fed. R. Civ. P. 9(b) and the Private Securities Litigation Reform Act, codified as 15 U.S.C. § 78u-4. *See Southland Sec. Corp. v. INSpire Ins. Solutions Inc.*, 365 F.3d 353, 370-383 (5th Cir. 2004). The additional pages are necessary to ensure each statement alleged by CCM to be false or misleading is analyzed under the appropriate pleading standard.

4.

On July 13, 2020, counsel for the Sqor D&O Defendants obtained consent of plaintiff to exceed the page limit.

**WHEREFORE** Defendants Brian Wilhite, Emmaleigh Wilhite, Brian May, John Durham, Brett Favre, and John Gregg respectfully request their motion for leave be GRANTED, allowing them to file their Memorandum in Support of Renewed Rule 12(b)(6) Motion to Dismiss that is in excess of the page limit, and for all other relief deemed just and proper.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ *Karen M. Dicke*
Karen M. Dicke (#24781)
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130
Tel: (504) 322-4100 Fax: (504) 754-7569
Email: Karen.Dicke@lewisbrisbois.com

AND

        Greg L. Johnson (pro hac vice pending)
        Timothy J. Nally (pro hac vice pending)
        2020 West El Camino Ave, Suite 700
        Sacramento, California 95833
        Tel: (916) 564-5400
        Fax: (916) 564-5444

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on July 13, 2020, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

        /s/ *Karen M. Dicke*