UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLAIS CAPITAL MANAGEMENT, LLC** | * | **CIVIL ACTION NO. 17-12039** |
| | * | |
| **VERSUS** | * | **SECT. D    MAG. 5** |
| | * | |
| **BRIAN WILHITE, ET AL.** | * | **VITTER/NORTH** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Consent Motion to Leave to File Memorandum in Excess of 25 Pages;

**IT IS ORDERED** that the motion is hereby **GRANTED** and Defendants Brian Wilhite, Emmaleigh Wilhite, Brian May, John Durham, Brett Favre, and Jon Gregg are allowed to file their Memorandum in Support of their Renewed Rule 12(b)(6) Motion to Dismiss in excess of 25 pages.

New Orleans, Louisiana this _____ day of July, 2020.

 

 

UNITED STATES DISTRICT JUDGE